AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tremaine A Robertson
AMKC 1818 HAZEN STREET
EAST Elmhurst NY 11370 Dorm 17 upper A #28
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

STATE/CITY OF NEW YORK -
COMMISSIONER BILL BRATTON -
NYC POLICE DEPARTMENT
42ND PRECINT - COMMANDING
OFFICER - VAN PUTTEN -
POLICE OFFICER J JIMENEZ #26571
JOHN DOE POLICE OFFICER PARTNER
OF J. JIMENEZ
STATE OF NEW YORK...

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
SDNY PRO SE OFFICE
2015 NOV 10 AM 10:05

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Tremaine A ROBERTSON - 140-19 ASCH LOOP APT-19-G BX NY 10475
ID # 241-1506769
Current Institution WEST 17 - Upper A #28
Address AMKC - 18-18 - HAZEN STREET E Elmhurst NY 11370 - Dorm - WEST 17 - upper A #28

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name POLICE OFFICER J. JIMENEZ Shield #26571
Where Currently Employed 42ND PRECINT
Address

Defendant No. 2 Name John DOE Police Officer Shield #______
Where Currently Employed 42ND precinct
Address ______
Officer Jumenez partner

Defendant No. 3 Name Lt Van Putten Shield #______
Where Currently Employed 42 - precinct
Address 42 precinct
PO Jumenez Community officer

Defendant No. 4 Name Bill Bratton - Police Commissioner Shield #______
Where Currently Employed 1 police Plaza -
Address ______

Defendant No. 5 Name State of New York Police Department Shield #______
Where Currently Employed 42ND precinct
Address ______

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
At my former place of employment - 375 E 163rd Street EKG Care Care

B. Where in the institution did the events giving rise to your claim(s) occur?
in Being Detained - for false arrest and wrongful incarceration malicious abuse of process fraud. - -

C. What date and approximate time did the events giving rise to your claim(s) occur?
January 28th 2013 - At my JOB Deprivation of my Civil Rights Violations of my 14th Amendment Rights of Due process of law equal protection - Malicious Prosecution - There was no probable cause for this false arrest violations of 4th 8th - 6th 14th Amendments Malicious intent, Intentional Infliction of Emotional Distress misconduct and malfeasance, Violations of penal law 210.05 .35 .45 perjury and filing a false sworn statement - Fraud

Rev. 05/2010

? Why am I on trial in Criminal Court without a ticket?

D. Facts: On or About - JAN - 28 - 2013 . At my place of Employment ... Officer J Jimenez Drove down 163rd Street Between Melrose And Courtland Ave in the Bronx Down A one way Street in the wrong Direction ... no light's no Sirens And Approached me And Asked if I had A license ... I Said No I'm A mechanic I work next Door ... he Said Do you have Anything in your pocket'S I Said my tool's And A Battery terminal And Some tools ... he Also asked If I was on parole or probation - When I Said parole he put me in cuff'S I Said "I work next Door" I told him "my boss is in the Shop" we knocked my Boss must have went to the Store ... he Said we have to go to the precinct to Straighten this out I Said What for ... I ASK why Am I going to the precinct he Said for "Driving without A licence" I Said The Car is on the Sidewalk in A parking lot you moron" And on A JACK with A Dead Battery" you Are A lying ASS m - - - f - - c ker " I ASKED how can I Drive A Car on A flat And A Dead Battery

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have been in And out of the prison Clinic's for Elevated high Blood pressure Due to Stress from this false Arrest ... Unlawful imprisonment I have had Arguments And problem with officer's because of this Intentional Infliction of Emotional Distress ... I'm Also Experiencing problem with my family And close associates because of this false Arrest And my JOB may be At risk or Gone when released

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___ for false Arrest Case - April 2013 BX005968 ~~BX2013~~

April - 2013 - Warrant for parole - 619603 - 40 Days left on parole -

August - 16 - 2013 - Warrant for parole

August - 18 - 2015 - Arrest for warrant 2013 BX005968 false Arrest / VTL-511 -

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? ____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? ____

2. What was the result, if any? ____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

I would have completed parole 10-2013 If It were not for a warrant in April 2013 for This false Arrest - my family has Been harrassed at 4 AM on several occasions for a warrant for a false Arrest -

~~When and how, and their response, if any:~~ THIS IS A CLEAR CASE OF MALICIOUS PROSECUTION 8-COURT DATES - 90 DAYS - 2 LAWYERS - NO MOTIONS FILED IN MY BEHALF - NO COURT PARTS AVAILIBLE - FOR A B MISDEMEANOR - VTL 511 - VIOLATION OF MY 6TH AMENDMENT RIGHT TO CONFRONTATION + THE RIGHT TO ...

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I HAVE LOSS - 25 POUNDS DUE TO STRESS I HAVE NOT BEEN IN CONTACT WITH MY FAMILY ... MY CHILDREN SINCE AUGUST - I HAVE 2 LAWYERS FOR 90 DAYS ON A B MISDEMEANOR ... WITH 8 COURT APPEARANCES I HAVE A DISCIPLINARY ACTION PENDING ON BOTH AT 61 BROADWAY FOR MISCONDUCT / NEGLECT OF LEGAL MATTER AND OTHER EC/DR VIOLATIONS AND MORAL + ETHICAL VIOLATIONS TO BE MENTIONED AT MY TRIAL ...

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I HAVE STATED ON THE RECORD IN COURT - AP 3 - 8-24-15 THIS IS A BASELESS PROSECUTION OCTOBER - 8TH 2015 I ASKED THE COURT FOR MY DAY IN COURT TO PRESENT MY EXCULPATORY EVIDENCE - PAYSTUBS - PHOTOS AND MY PAROLE OFFICER'S TESTIMONY ... AND INCOME VERIFICATION - I SAID " NO - TICKETS - NO TOW TRUCK TO THE IMPOUND OR PRECINCT - AND NO VIDEO FOOTAGE" THIS CAR WAS IMMOBILE ... I HAVE WITNESSES TO VERIFY THIS ...

OFFICER JIMENEZ ACTIONS WERE WITH MALICIOUS INTENT ... AND OF A PERJUROUS AND CALLOUS NATURE ... TO PERSONALLY & INTENTIONALLY INFLICT EMOTIONAL DISTRESS AND I HAVE SUFFERED A PAROLE VIOLATION AND OTHER MISCARRIAGES OF JUSTICE DUE TO HIS ACTIONS AND DEMAND - $1,500,432.00 FOR PAIN AND SUFFERING PUNITIVE AND MONETARY DAMAGES 4, 12TH, 8 AMENDMENT CONSTITUTIONAL VIOLATIONS ...

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

NO - CITATIONS ISSUED ... NO TOW TRUCK TO IMPOUND OR PRECINCT .. NO VIDEO FOOTAGE OF FALSE ARREST OR ALLEGED TRAFFIC STOP ... (MALFEASANCE) THIS VEHICLE IS PARKED IN OUR COMMUNITY PARKING AREA "PHOTOS INCLUDED"

11-2[illegible] [illegible] CASE
8-18-15 - Arrest for FALSE [illegible] 005968
This FALSE Arrest VIOLATED my PAROLE AND HAS ME INCARCERATED
TODAY ...

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) BX COUNTY Criminal Court AP-3

3. Docket or Index number 2013 BX 005968

4. Name of Judge assigned to your case JUSTICE Sharpe

5. Approximate date of filing lawsuit 9-25-2015

6. Is the case still pending? Yes ✓ No ___

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

I'M EXPERIENCING OTHER CONSTITUTIONAL VIOLATIONS
Ex. 6 AMENDMENT RIGHT TO CONFRONTATION - AND SPEEDY TRIAL
14TH - DUE PROCESS AND EQUAL PROTECTION UNDER THE LAW -
MALICIOUS PROSECUTION AND
MALICIOUS/ABUSE OF PROCESS CLAIM, FRAUD..

**EKG Car Care, Inc.**

***It's broken, we fix it***

375 E 163rd st

Bronx, N.Y 10451

**Tel:** 718-665-3720

**Fax:** 718-665-1195

5/23/24

MALICE NO probable CAUSE MALICIOUS USE OF PROCESS EGREGIOUS CONDUCT ON behave OF officer JIMENEZ #26571

To Whom It May Concern:

The Following letter has been drafted to verify the employment of Tremaine Anthony Robertson, As of Monday January 7, 2013. He has been hired as a auto technician and Auto Body apprentice at E.K.G Car Care Inc. located at 375 E 163rd Bronx, New York 10451. Mr. Robertson hours are from 11 am till close Mon- Sat at a weekly salary of 350.00 per week for more info please contact owner/employer James Pelle at 718-665-3720

MENTAL ANGUISH LOSS OF liberty AND Civil rights LOSS

X James Pelle

James Pelle
Owner

MALICIOUS USE OF PROCESS ~~CLAIM~~

MALICIOUS PROSECUTION $500

FEB - 2013 - BAILED OUT from FALSE ARREST CASE FALSE IMPRISONMENT

AUG - 2015 - 31 MONTHS WITHOUT ANY POLICE CONTACT -

I ONLY HAD A FEW ~~WEEKS~~ 40 DAYS LEFT ON PAROLE BEFORE

I CAUGHT A WARRANT FOR THIS 2013 - CAR CASE / FALSE ARREST APRIL - 2013 -

I WARRANTED IN AUGUST 2013 - because OF problems with OFFICER JIMENEZ FALSE POLICE REPORTS... (PAROLE WARRANT 619603) 8-16-2013

I HAVE WITNESSES THAT ~~CAN~~ CAN VARIFY THIS CAR WAS PARKED AND I WAS NOT DRIVING... CHECK THE PHOTO'S... AND WHY IS THERE NO TICKETS, NO TOW TRUCK REPORT, NO VIDEO OF THIS FALSE REPORT... PL - 210.45 / 35 / 05 / 10

FRAUD

MISCONDUCT

A
B
C
Warrant false arrest case 2013BX005968
D
Exodus
E
Completed programs for parole
F
Shop closed
G
Parole warrant 8-16-2013 619603 -
Jan Feb March April May June July Aug Sept Oct Nov Dec
Without this false arrest I would have completed parole 10-2013 ASF my Comm PO
Feb 2013 - Aug-18-2015 30 months without any police contact -
Jan Feb March Apr May June July Aug Sept Oct Nov Dec
H I J
18 19 24
K L M
N O
Parole violation
D
A: Jan 7-2013 - Hired as auto technician
B - Jan 28 - False arrest for driving without a licence - Car is in parking lot immobile -
C - April - 2013 Warrant for false arrest / car case May 2013
D - June Parole program at Exodus - Anger management complete got certificat
E Parole program at Exodus substance abuse got certificate
F - July 2013 Shop closed due to back rent owed to landlord lost job
G - Warrant from parole failure to report because of warrant in BX court for false arrest in car case
Aug - 18 - 2015 -
H - Arrest for warrant in false arrest / car case
8 - 19 - 2015
I - Arraignment car case
24
J - Aug 24 - 2015 Spoke out in court -
Sept 2 - 2015
K - 90 day violation for parole
9 - 4 - 2015
L - Car case court date -
M - 9-28-2015 not ready for trial No court rooms available for trial
N 10 - 8 - 2015 - No court room available for trial
O - 10 - 15 - 2015 Next court date
D - 12 - 2 - 2015

**EKG Car Care, Inc.**

**It's broken, we fix it**

375 E 163rd St. Melrose ave

Bronx, NY 10451

**Tel:** 718-665-3720

**Fax:** 718-665-1195

6/26/2013

Officer Jimenez knowingly violated the law he took an oath to protect & serve not bring a lie or malicious intent and intentional infliction of emotional distress or malfeasance to his place of employment... * Egregious dereliction of duty x

To Whom It May Concern:

The following letter has been written to verify the continued employment of Tremaine A. Robertson at ~~EKG Care located at 375 East 163rd~~ Bronx, New York 10451. Mr Robertson hours are from ~~11:00 am until~~ close Monday thru Saturday. His duties include mechanical repairs and minor body work repairs. His weekly salary is $350 per week. For more information please contact James Pelle at 718-665-3720.

My Constitutional Rights have been violated.. 4th 8th 14th and Officer Jimenez is in violation of PL-210.05 / 10 / 35 / 45 - and other charges - including fraud

X James Pelle

James Pelle

Owner

The time lines shows without this false arrest... I would not be imprisoned today... I am willing to submit to a polygraph to show my innocence....

This False Arrest Help Violated my Parole

NO RECORD NYSPIN LIC/ASN7138.NY

OPERATOR[redacted] RUN: 01/30/2013 03:21:24

---

!761CCDB999787
NYSP PARQ NYPA 0321
NY03030F1
NO RECORD - NYSPIN PAROLE FILE
NAM/HENDERSON,CAROLYN D
.SEX/F.RAC/ .DOB/011347

I have stated no tickets no tow truck no video footage on court record - 8-24-2015 - as not to constitute a waiver I plan to appeal no matter what the final decision

OPERATOR[redacted] RUN: 01/30/2013 03:21:24

---

!761CCDB999787
NYMV RVIN NYPA 0321
NVN4T1SK12E6PU314963
HEDR/H05496 22309 620903-47
LIC/ASN7138. LIY/2013. LIT/PC.
VIN/4T1SK12E6PU314963. VYR/1993. VMA/TOYT. VMO/CAM. VST/4D. VCO/GRN
1993 TOYOTA CAMRY, GREEN FOUR-DOOR SEDAN, 3053 POUNDS

I have a recent drivers abstract from June - 2015 - No tickets from 2013

** REGISTERED TO **
HENDERSON,CAROLYN, D
DOB/1947-01-13. SEX/FEMALE.
80 SKY MEADOW PL WHITE PLAINS, NY 10607

LICENSE PLATE: ASN7138 DMV REGISTRATION CLASS: PAS (016)
STYLE: EMPIRE LOGO: EMPIRE LEGEND: PASSENGER
PLATE ISSUED: 2001-07-23

INSURANCE: NO INSURANCE CODE ON FILE (000)
REGISTRATION EXPIRATION DATE: 2013-08-29
STATUS: SURRENDERED - VOLUNTARY SURRENDER: PLATES DESTROYED
2012-11-26 SURRENDERED - VOLUNTARY SURRENDER: PLATES DESTROYED

No summons issued - No tow truck to present or impound - No video footage No battery in the car... and rear low tire - No crime comm I was at work

OPERATOR[redacted] RUN: 01/30/2013 03:21:24

---

!761CCDB999787
NCIC TTST NYPA 0321
NY03030F1

NO RECORD LIC/ASN7138

No tickets, no impound no tow truck - No video - No case - Fraud

OPERATOR[redacted] RUN: 01/30/2013 03:21:24

Car was immobile - False Arrest - Violation of my civil rights & constitutional rights 4th 6th - 8th - 12th

This Car Parked on the Sidewalk in
or Common Parking Area - I took this
photo while sitting in 93-Camry 120 feet
away from shop entrance —
No tickets no tow truck no warning
no video footage no crime committed
4th 8th 14th
Amendment violations
and PL-210.45
PL 210.05 35
40
3143772
314963
1715
No
Battery-



93 - TOYOTA CAMRY ON SIDEWALK
IMMOBILE - NO BATTERY SAME PLACE AS
PHOTOS I TOOK - 1-28-2013 - TIME
"PLACE OF FALSE ARREST
FRAUD"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Iremaine A Robertson

(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

-against-

State of New York
Police Commissioner B. Bratton
42nd Precinct NYC Police Department
Officer J Jimenez # 2657 of the 42nd precinct

(Full name(s) of the defendant(s)/respondent(s).)

_____ CV _____ ( ) ( )

(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☑ Yes ☐ No (If "No," go to Question 2.)

   I am being held at: ______________________

   Do you receive any payment from this institution? ☐ Yes ☑ No

   Monthly amount: ______________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☑ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ______________

   If "no," what was your last date of employment? ______________

   Gross monthly wages at the time: ______________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☑ No
   (b) Rent payments, interest, or dividends ☐ Yes ☑ No

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 3rd day of November, 2015

Signature of Plaintiff [signature]

Inmate Number 241-150-6769

Institution Address AMKC- 1818 Hazen Street
East Elmhurst NY 11370
Dorm- West 17 Upper A #28

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 3rd day of November, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature] Sr



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# PRISONER AUTHORIZATION

Case Name: Tremaine A Robinson Sr v. City of New York Police Department 42 precinct Officer J Jimenez #26571
(Enter the full name of the plaintiff(s)) (Enter the full name of the defendant(s))

Docket No: No. _____ Civ. _______ ( )
*(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

My mailing address 140-19 - Asch loop Apt 19G Bx NY 10475

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, T A Robinson Sr *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE **IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.**

November 3rd, 2015
*Date signed*

[signature]
*Signature of Plaintiff*

241 150-6769
*Prisoner I.D. Number*

AMKC-18 18 Hazen Street
*Name of current facility*
East Elmhurst New York 11370
Dorm - West 17 - Upper A # 28

rev. 01/11



241-15-06769
AMKC-18-18 HAZEN STREET
EAST Elmhurst New York 11370
Dorm WEST 17 upper A # 28
USM P3
SDNY
ATT-TO-Pro SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF New York
DANIEL PATRICK MOYNIHAN UNITED STATES COURT HOUSE
500 pearle STREET Room 200
New York 10007
2015 NOV 10 AM 9:33